1  John Vaughn, State Bar No. 171801
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  600 West Broadway, Suite 2600
   San Diego, CA 92101-3372
3  Tele.:  619.236.1414
   Fax:    619.232.8311
4  jvaughn@luce.com

5  Attorneys for Plaintiffs,
   HARVEY W. DOERRING and KIRK J. DOERRING
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11
   HARVEY W. DOERRING and KIRK J.        Case No. 06-CV-1251 BEN (NLS)
12 DOERRING,

13        Plaintiffs,
                                         SUBSTITUTION OF ATTORNEY AND
14 v.                                    [PROPOSED] ORDER THEREON

15 FRED W. SCHMIDT, individually and as  [Local Rule 83.3(g)(2)]
   Trustee of DOERRING ASSOCIATES, INC.
16 BENEFIT PLANS; JUDY ROSAL; TRI-AD
   ACTUARIES, INC., Administrator of
17 DOERRING ASSOCIATES, INC. BENEFIT
   PLANS; NANCY GREEN, as Administrator
18 of DOERRING ASSOCIATES, INC.
   BENEFIT PLANS; and LAND STORAGE
19 2000, LTD.,

20        Defendants.

21

22        TO THE COURT AND ALL PARTIES HEREIN:

23        PLEASE TAKE NOTICE that plaintiffs HARVEY W. DOERRING and KIRK J.

24 DOERRING make the following substitution of attorney in the above-captioned matter:

25        Former attorney:    Steven M. Dowd, Texas Bar No. 06071500
                              4131 Spicewood Spring Road, Bldg. 1, Suite 4
26                            Austin, TX 78759
                              Tele.: (512) 343-0067
27

28

                                         1

<u>New attorney:</u>     John Vaughn, California Start Bar No. 717801
Luce Forward Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
Tele.: (619) 236-1414

This substitution is agreed upon by the parties' signatures hereto.

I consent to this substitution:

Dated: June ____, 2007

_____
Harvey W. Doerring, Plaintiff

I consent to this substitution:

Dated: June ____, 2007

_____
Kirk J. Doerring, Plaintiff

I consent to this substitution:

Dated: June ____, 2007

_____
Steven M. Dowd
Former Attorney for Plaintiffs

I agree to this substitution:

Dated: June ____, 2007

_____
John Vaughn
Newly Appointed Attorney for Plaintiffs

## ORDER

THIS MATTER having come before the Court on the parties' stipulated Substitution of Attorney, the Court having reviewed same, hereby grants said substitution.

SO ORDERED this _15_ day of June 2007.

_____
District Court Judge

101011412.1

2

```
 1        New attorney:    John Vaughn, California Start Bar No. 717801
                           Luce Forward Hamilton & Scripps LLP
 2                         600 West Broadway, Suite 2600
                           San Diego, CA 92101
 3                         Tele.: (619) 236-1414

 4           This substitution is agreed upon by the parties' signatures hereto.

 5    I consent to this substitution:

 6    Dated: June ____, 2007
                                          _____
 7                                        Harvey W. Doerring, Plaintiff

 8    I consent to this substitution:

 9    Dated: June //, 2007                _____
                                          Kirk J. Doerring, Plaintiff
10

11    I consent to this substitution:

12    Dated: June ____, 2007
                                          _____
13                                        Steven M. Dowd
                                          Former Attorney for Plaintiffs
14    I agree to this substitution:

15    Dated: June ____, 2007
                                          _____
16                                        John Vaughn
                                          Newly Appointed Attorney for Plaintiffs
17

18    101011412.1
```

JUN-11-2007 12:10 From:                    512238734              To:Luce Forward et al    P.3/3

| | | |
|---|---|---|
| 1 | New attorney: | John Vaughn, California Start Bar No. 717801 |
| 2 | | Luce Forward Hamilton & Scripps LLP<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101 |
| 3 | | Tele.: (619) 236-1414 |
| 4 | This substitution is agreed upon by the parties' signatures hereto. | |
| 5 | I consent to this substitution: | |
| 6 | Dated: June _11_, 2007 | _____<br>Harvey W. Doerring, Plaintiff |
| 7 | | |
| 8 | I consent to this substitution: | |
| 9 | Dated: June ____, 2007 | _____ |
| 10 | | Kirk J. Doerring, Plaintiff |
| 11 | I consent to this substitution: | |
| 12 | Dated: June ____, 2007 | _____ |
| 13 | | Steven M. Dowd<br>Former Attorney for Plaintiffs |
| 14 | I agree to this substitution: | |
| 15 | Dated: June ____, 2007 | _____ |
| 16 | | John Vaughn<br>Newly Appointed Attorney for Plaintiffs |

101011412.1

2

| | | |
|---|---|---|
| 1 | New attorney: | John Vaughn, California State Bar No. 717801 |
| 2 | | Luce Forward Hamilton & Scripps LLP<br>600 West Broadway, Suite 2600 |
| 3 | | San Diego, CA 92101<br>Tele.: (619) 236-1414 |
| 4 | This substitution is agreed upon by the parties' signatures hereto. | |
| 5 | I consent to this substitution: | |
| 6 | Dated: June ___, 2007 | _____ |
| 7 | | Harvey W. Doerring, Plaintiff |
| 8 | I consent to this substitution: | |
| 9 | Dated: June ___, 2007 | _____ |
| 10 | | Kirk J. Doerring, Plaintiff |
| 11 | I consent to this substitution: | |
| 12 | Dated: June _11_, 2007 | /s/ Steven M. Dowd |
| 13 | | Steven M. Dowd<br>Former Attorney for Plaintiffs |
| 14 | I agree to this substitution: | |
| 15 | Dated: June _12_, 2007 | /s/ John Vaughn |
| 16 | | John Vaughn<br>Newly Appointed Attorney for Plaintiffs |
| 17 | | |
| 18 | 101011412.1 | |

2